AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:21-mj-00677 |
| THOMAS PAUL CONOVER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Paul Conover.

Date: 12/17/2021

/s/ Camille Wagner
*Attorney's signature*

Camille Wagner (Bar No. 1659390)
*Printed name and bar number*

1629 K St. Suite 300
Washington DC 20006

*Address*

law@myattorneywagner.com
*E-mail address*

(202) 630-8812
*Telephone number*

(202) 331-3759
*FAX number*